UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No.:  06-042 (JDB) |
| | : | |
| v. | : | |
| | : | |
| **PHITO CAJUSTE,** | : | |
| also known as Phito, | : | |
| | : | |
| **Defendant.** | : | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Jeanne M. Hauch and Trial Attorney Thomas Swanton and this is notice of their appearance in this matter on behalf of the United States.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    UNITED STATES ATTORNEY

    _____
    JEANNE M. HAUCH
    Assistant United States Attorney
    National Security Section
    D.C. Bar #426585
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 514-5776

    _____
    THOMAS P. SWANTON
    Trial Attorney
    D.C. Bar No 462144
    Counterterrorism Section,
    Criminal Division
    U.S. Department of Justice
    10th & Constitution Ave., NW
    Washington, D.C.  20530
    (202) 514-0849

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served by US Mail and by fax on counsel for the defendant, Teresa Kleiman, Esq., 419 7th Street, N.W., Suite 210, Washington, D.C. 20004, Fax: 202-638-4279 (phone 202-638-6514) on this _31st_ day of March, 2006.

_____
JEANNE M. HAUCH
Assistant United States Attorney