UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No.:  06-042 (01) (JDB) |
| | : | |
| v. | : | |
| | : | **UNDER SEAL** |
| **LESLEY MERISE,** | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION TO UNSEAL MATTER

The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to unseal this matter, which was erroneously sealed in its entirety when a portion of a certain hearing concerning a codefendant was placed under seal.

   1. Defendant is set for status and detention hearing before this court on April 24, 2007 at 10:15 a.m.

   2. On March 21, 2007, before defendant Merise had been brought to this jurisdiction, this Court held a status hearing under this case number for codefendant Phito Cajuste.  At a certain point in the hearing, defense counsel moved to seal a portion of the transcript for that hearing, for reasons known to the Court.  The government did not oppose the motion to seal the transcript of a portion of that hearing.  The Court granted the motion to seal a portion of the transcript of that hearing.  Instead of a portion of the transcript of that hearing being sealed, the record reflected a sealing of the entire case.

   3. The government has filed an unopposed motion to unseal this case on the grounds that it was not the intention of the court to seal the entire case, but rather to seal a portion of it.  See Unopposed Motion of the Parties to Unseal Matter, filed under seal April 15, 2007, under caption United States v. Phito Cajuste, 06-042 (JDB).

4. To promote clarification of this issue, the government files the instant motion and moves the court to unseal any proceedings related to defendant Lesley Merise as well. As noted in the motion reference above, under this case number the only part of the record that would remain sealed is a portion of the hearing of March 21, 2007, in United States v. Phito Cajuste.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        D.C. BAR NUMBER 498610

        _____
        Jeanne M. Hauch
        D.C. Bar Number 426585
        National Security Section
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 514-5776 telephone
        (202) 307-6059 facsimile

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was served by US Mail on counsel for the defendant:
Edward C. Sussman, Esq.
601 Pennsylvania Avenue, N.W., Suite 900- South Building
Washington, D.C. 20004
Tel: 202-737-7110,
on this 16th day of April, 2007.

        _____
        JEANNE M. HAUCH
        Assistant United States Attorney