UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : Criminal No.: 06-042 (01) (JDB) |
| **v.** | : |
| | : **UNDER SEAL** |
| **LESLEY MERISE,** | : |
| **Defendant.** | : |

PROPOSED ORDER

Upon consideration of the unopposed motion of the government to unseal this matter, it is this ___ day of April, 2007,

ORDERED that the motion is GRANTED for the reasons stated in the government's motion, and that the case shall be unsealed.

_____
The Honorable JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE

cc:

Jeanne M. Hauch
National Security Section
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-5776 telephone
(202) 307-6059 facsimile

Edward C. Sussman, Esq.
601 Pennsylvania Avenue, N.W., Suite 900- South Building
Washington, D.C. 20004