| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>V.<br><br>**LESLEY MERISE**<br><br><br><br>DOB:                    PDID: | DOCKET NO. 0 6 - 0 4 2 - 0  MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>**LESLEY MERISE**<br><br># FILED<br><br>APR 1 0 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| **WARRANT ISSUED ON THE**          Indictment | DISTRICT OF ARREST |
| **TO:**      ANY UNITED STATES MARSHAL OR<br>        OTHER AUTHORIZED OFFICER | CITY |

| YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below. |
|---|
| **DESCRIPTION OF CHARGES** |

Hostage Taking and Aiding and Abetting and Causing an Act to be Done

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br><br>**18 U.S.C. § 1203(a) and 2** |
|---|---|

| BAIL FIXED BY COURT:<br>HELD | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:   ALAN KAY<br>U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>ALAN KAY<br>U.S. MAGISTRATE JUDGE | DATE ISSUED:<br>FEB 1 5 2006 |
| CLERK OF COURT:<br>**Nancy Mayer-Whittington** | BY DEPUTY CLERK: | DATE:<br>FEB 1 5 2006 |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named person. |

| DATE RECEIVED<br>4-10-07 | NAME AND TITLE OF ARRESTING OFFICER<br>Stephenie Owens<br>Deputy U.S. marshal | SIGNATURE OF ARRESTING OFFICER<br>S. Owens |
|---|---|---|
| DATE EXECUTED<br>4-10-07 | | |