UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

LESLEY MERISE,

Defendant.

Criminal No. 06-042 (JDB)

**FILED**
APR 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the unopposed motion of the government to unseal this matter, and consistent with the Order entered on April 16, 2007, it is hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that the case shall be unsealed as to all defendants except for the transcript of the hearing held on March 21, 2007; it is further

ORDERED that any transcript of the hearing held on March 21, 2007 shall remain under seal pending further order of the Court, and that if a transcript of that hearing is produced, counsel shall review the transcript and submit a motion to partially unseal the transcript, designating the pages and lines that may be filed in the public record and the pages and lines that shall remain under seal consistent with the Court's oral ruling at the March 21, 2007 hearing.

_____
JOHN D. BATES
United States District Judge

Date: April 19, 2007