UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :

   v.                          :     CR. NO. 06-42 (JDB)

LESLY MERISE   (DCDC NO. 314-255)   :

## O R D E R

Upon consideration of the unopposed motion of the defendant for an examination of the mental competency of the defendant, pursuant to Title 24, Section 301, of the District of Columbia Code, and the representations made in support thereof, it is this ____ day of May, 2007,

ORDERED, that the defendant be examined by the psychiatric staff of the Legal Services Division and that after such examination a report be made to this court as to:

(1) Whether the defendant is presently mentally competent to understand the proceedings against him and to properly assist in the preparation of his defense; and

(2) If the answer to the proceeding paragraph is in the negative, does the examining psychiatrist believe the defendant should be transferred to a mental hospital for further examination and treatment?

IT IS FURTHER ORDERED, that the United States Marshal, or his designated deputy, transport the above named defendant to the Cellblock of the Superior Court for the District of Columbia on the _____ day of May, 2007, for the purpose of a preliminary psychiatric

examination.

Additionally, the court notes that the defendant speaks only Creole and that the services of a professionally qualified Creole speaking interpreter are required for this examination. The court orders that a local professionally qualified interpreter be retained and that he or she be compensated for a full day's service at professionally qualified rates.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

cc: Theresa Salazar