UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

LESLEY MERISE,

Defendant.

Criminal No. 06-042 (JDB)

FILED

MAY 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of defendant's unopposed motion for an examination of the mental competency of defendant, pursuant to Title 24, Section 306, District of Columbia Code, and the representations made in support thereof at the status hearing held on May 18, 2007, it is hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that defendant Lesley Merise (DCDC No. 314-255) shall be examined by the psychiatric staff of the Criminal Division of the Superior Court for the District of Columbia, and that after such examination a report be made to this Court as to:

(1) Whether there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense?

(2) Does the examining psychiatrist believe the defendant should be transferred to a mental hospital for further examination and treatment?

It is further ORDERED that the United States Marshal, or his designated deputy, transport the defendant to the Cellblock in the Superior Court for the District of Columbia on May 24, 2007, for the purpose of a preliminary psychiatric examination; and it is further

ORDERED that a local professionally qualified Creole speaking interpreter be provided by this Court's Office of Interpreting Services and that compensation for a full day's services at professionally qualified rates is authorized by this Order. Defense counsel shall make arrangements for the interpreter by contacting Teresa Salazar in the Office of Interpreting Services at (202) 354-3016.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Date: May 23, 2007