UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR. NO. 06-42 (JDB) |
| LESLY MERISE | : | |

NOTICE OF FILING

On May 30, 2007, counsel for the defendant will request that the court, pursuant to 18 U.S.C. §4241(a), order the defendant be committed to the custody of the Attorney General for a period not to exceed thirty (30) days, for a psychological or psychiatric examination to determine if the defendant is suffering from a mental disease or defect rendering him mentally incompetent to proceed in this case. Attached to this filing is a proposed order to implement that request.

Respectfully submitted,

_____
Edward C. Sussman No. 176423
Suite 900 South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

1

I HEREBY CERTIFY THAT a copy of the foregoing was served on AUSA Jeanne M. Hauch,, 555 4th Street N.W., Washington, D.C. 20530, this 29th day of May, 2007, by electronic filing.

_____
Edward C. Sussman