UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR. NO. 06-42 (JDB) |
| LESLY MERISE | : | |

## O R D E R

Defendant Lesly Merise appeared before this court on May 18, 2007 for a status hearing in this matter. At that time, pursuant to an unopposed request from defense counsel, the court ordered the Defendant to undergo a forensic screening by the psychiatric staff of the Legal Services Division to ascertain his mental competency to understand the proceedings and to properly assist in the preparation of his defense. On May 24, 2007, the Legal Services Division filed its report relating to the defendant's competency screen. The Chief of Forensic Legal Services concluded that "at this time, the defendant is currently incompetent to participate in court proceedings."  He recommended the Defendant be transferred to a mental hospital for further evaluation on this issue and possible mental health treatment.

Following review of the report, counsel for the Defendant has requested that further evaluation of the defendant be conducted pursuant to 18 U.S.C. §4241(a).  The Court having reasonable cause to believe that the Defendant may be suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly with his defense, this _____

day of May, 2007, it is hereby

  ORDERED, that the request of the defendant's counsel is granted that the Defendant be, and hereby is, committed to the custody of the Attorney General pursuant to 18 U.S.C. §4241 for a period not to exceed 30 days and that a psychiatric or psychological examination of the Defendant be performed. Thereafter a written report shall be filed pursuant to 18 U.S.C. §4247 which shall include the examiner's opinion as to whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist in his defense.  Said report is to be filed by the _____ day of _____, 2007.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE