UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

LESLEY MERISE,

          Defendant.

Criminal Action No. 06-042 (JDB)

## ORDER

Defendant Lesly Merise appeared before the Court on May 18, 2007 for a status hearing in this matter. At that time, pursuant to an unopposed request from defense counsel, the Court ordered that defendant be examined by the psychiatric staff of the Criminal Division of the Superior Court for the District of Columbia and that a report be submitted regarding defendant's mental competency to understand the nature and consequences of the proceedings against him or to assist properly in his defense. On May 24, 2007, Dr. Robert Benedetti, the Chief of Forensic Legal Services in the District of Columbia's Department of Mental Health, submitted a report concluding that "at this time, the defendant is currently incompetent to participate in court proceedings." Dr. Benedetti recommended that defendant be transferred to a mental hospital for further evaluation on this issue and possible mental health treatment.

Following review of the report, counsel for defendant requested that further evaluation of defendant be conducted pursuant to 18 U.S.C. §4241(a). Upon consideration of defendant's motion (through counsel) to determine the competency of defendant pursuant to 18 U.S.C. § 4241(a), the report of Dr. Benedetti, the positions of counsel at the hearing on May 30, 2007, and

the concurrence of the United States, the Court finds reasonable cause to believe that defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, it is hereby

ORDERED that defendant's motion is GRANTED; it is further

ORDERED that defendant shall be committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4247(b) for a period of not more than 30 days for the purpose of conducting a psychiatric and/or psychological examination pursuant to 18 U.S.C. § 4241, to be conducted at the Butner Federal Correctional Institution; and it is further

ORDERED that, prior to the examination, arrangements for a Creole interpreter should be made by the Bureau of Prisons by contacting Teresa Salazar in this Court's Office of Interpreting Services at (202) 354-3016; it is further

ORDERED that a report shall be prepared for the Court pursuant to and in compliance with 18 U.S.C. § 4247(c), which shall be provided to the Court and counsel by not later than June 28, 2007; it is further

ORDERED that the report of Dr. Benedetti dated May 24, 2007, shall be made available to appropriate personnel at the Bureau of Prisons upon request to the Court; it is further

ORDERED that a status hearing shall be held on July 3, 2007 at 9:00 a.m.

_____
JOHN D. BATES
United States District Judge

Date: _May 30, 2007_