UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

LESLEY MERISE,

          Defendant.

Criminal Action No. 06-042 (JDB)

## AMENDED ORDER

By Order dated May 30, 2007, the Court granted defendant's motion to determine the competency of defendant pursuant to 18 U.S.C. § 4241(a) and, among other things, committed defendant to the custody of the Attorney General pursuant to 18 U.S.C. § 4247(b) for the purpose of conducting a psychiatric and/or psychological examination at the Butner Federal Correctional Institution. The Court was advised today by the Bureau of Prisons that the examination cannot be performed at that location, and instead should be performed at the Metropolitan Correctional Center in New York. The Court thus issues this amended order to facilitate the psychiatric and/or psychological examination of defendant and have his competency determined.

For the reasons stated in the Order dated May 30, 2007, including the May 24, 2007 report of Dr. Robert Benedetti, the Chief of Forensic Legal Services in the District of Columbia's Department of Mental Health, it is hereby

ORDERED that defendant Lesley Merise shall be committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4247(b) for a period of not more than 30 days for the purpose of conducting a psychiatric and/or psychological examination pursuant to 18 U.S.C. § 4241, at the Metropolitan Correctional Center in New York; it is further

-2-

      ORDERED that, prior to the examination, arrangements for a Creole interpreter should be made by the Bureau of Prisons by contacting Teresa Salazar in this Court's Office of Interpreting Services at (202) 354-3016; it is further

      ORDERED that a report shall be prepared for the Court pursuant to and in compliance with 18 U.S.C. § 4247(c), which shall be provided to the Court and counsel by not later than June 28, 2007; it is further

      ORDERED that the report of Dr. Benedetti dated May 24, 2007, shall be made available to appropriate personnel at the Bureau of Prisons upon request to the Court; and it is further

      ORDERED that a status hearing shall be held on July 3, 2007 at 9:00 a.m. as originally scheduled.

/s/ JOHN D. BATES
JOHN D. BATES
United States District Judge

Date: June 5, 2007