UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR. NO. 06-42 (JDB) |
| LESLEY MERISE | : | |

DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE
OF HEARING ON COMPETENCY EVALUATION

The defendant, through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure, respectfully requests that this honorable court amend the date for a status hearing on the competency evaluation that has been ordered in this matter.. In support of this request, the defendant states the following:

1. Pursuant to an order of this court, the defendant was ordered to undergo a psychological/psychiatric violation to determine if he is mentally competent to proceed in this matter. It was anticipated that the evaluation would be completed in approximately 30 days and a status hearing was scheduled for July 3, 2007.

2. Because of delay in the designation of a facility for the evaluation by the Federal Bureau of Prison, and the defendant's movement to that facility, it is virtually impossible that the screening will be completed and the defendant returned to the District of Columbia by July 3, 2007.

3. For that reason, in the interests of judicial economy, the defendant requests that the scheduled hearing date be cancelled and the matter continued. AUSA Jeanne Hauch has no

1

objection to the granting of this request. The parties further note that they are available on August 8, 9, or 10th a rescheduled hearing. Counsel for defendant understands that he has raised the issue of competency and that the speedy trial clock will be tolled until the defendant is evaluated and returned to the District of Columbia.

    4. Counsel will monitor the situation and, should the evaluation be completed significantly before the newly scheduled date, inform the court and attempt to obtain a more prompt hearing on the matter.

    WHEREFORE, for the foregoing reasons, the defendant respectfully requests that his motion be granted, and that the hearing be continued to one of the suggested dates.

Respectfully submitted,

_____
Edward C. Sussman, No. 174623
Counsel for Defendant Merise
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served electronically on all interested parties this 22nd day of June, 2007.

_____
Edward C. Sussman