UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CR. NO. 06-42 (JDB) |
| LESLEY MERISE | : |

O R D E R

The court has before it the unopposed request of the defendant that the status hearing in this matter, presently scheduled for July 3, 2007 be continued. The court finds that the defendant has advanced good cause for this request. It is, therefore, this _____ day of June, 2007,

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that the hearing is reset for the ____ day of August, 2007 at _____ o'clock.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE