UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR. NO. 06-42 (JDB) |
| LESLY MERISE | : | |

DEFENDANT'S REQUEST FOR A CONTINUANCE
OF THE STATUS/COMPETENCY RETURN HEARING

The defendant, through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure, respectfully requests that this honorable court continue the status hearing presently set for August 15, 2007. In support of this request, the defendant states the following:

1. The defendant is presently scheduled to appear before this honorable court on August 15, 2007 for a competency return/ status hearing.  The defendant has received a psychiatric evaluation in the Bureau of Prisons has been pronounced competent to proceed in this matter.

2. Review of the report, as well as conversation with the evaluating psychologist, has raised in counsel's mind the issue of whether the defendant has maintained the mental state in which he left the federal facility.  Counsel has no idea whether it will be necessary to challenge the finding or to seek further evaluation.

3. Unfortunately, counsel's mother has passed away and funeral arrangements have not been finalized.  Counsel will be out of the jurisdiction but, at this time, cannot be sure for how long and for what period of time. Certainly, he will be unavailable on the August 15th date.

4. For that reason, counsel would request that the matter be continued for approximately

one week.  Counsel would suggest either August 23rd or August 24th if convenient to the court and the government.  As an additional matter, counsel would request, if possible, that the matter be scheduled for some time in the afternoon. That would allow counsel to be certain that he could consult with Mr. Merise with the services of an interpreter.  It is uncertain at this juncture whether counsel can obtain an interpreter's services and be available for a jail visit prior to the suggested date.

     5. The suggested accommodation would allow counsel to interview his client and determine if there will be any challenge to the finding of competency.  Given the seriousness of Mr. Merise's situation, it is obviously necessary to be assured that the defendant is fully competent to proceed.  Mr. Merise faces both significant and unattractive choices in this matter.  Further, he is neither fluent in English or familiar with the criminal justice system in which he is enmeshed.   Being certain of his ability of his ability to proceed is obviously vital to all concerned.

     6. Counsel has been unable to confer with Jeanne M. Hauch, the AUSA assigned to this matter before filing this motion.  Counsel is confident, however, that, under the circumstances, Ms. Hauch will not oppose this request.

     WHEREFORE, for the foregoing reasons, the defendant respectfully requests that his motion be granted, and that the hearing be continued in the manner suggested.

_____
Edward C. Sussman, No. 174623
Counsel for Defendant Merise
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically on all interested parties this 13th day of August, 2007.

_____
Edward C. Sussman