UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

v.                              :   Cr. No. 06-42 (JDB)

LESLY MERISE                    :

DEFENDANT'S REQUEST FOR ADVANCE APPROVAL OF
COMPENSATION FOR INTERPRETER'S SERVICE

Counsel for defendant Lesly Merise, pursuant to the provisions of the Criminal Justice Act, respectfully requests that this honorable court, provide advance approval for compensation for translation services that would permit counsel to retain the services of a certified Creole interpreter on five future occasions. In support of his request, counsel states the following:

I. The defendant has been brought to this country from Haiti to answer charges that he participated in the hostage taking of an American citizen. All court proceedings and conferences require that a Creole interpreter be present.

2. The court is well aware that there is no Creole interpreter in this jurisdiction who has been federally accredited to interpret court proceedings. Translation services are supplied by telephone by an interpreter from either New York or Miami. At a recent proceeding, counsel believes that the parties agreed, and the court approved, that Mr. Evan Faustain, an accredited Creole interpreter, was qualified to interpret court proceedings.[1]

3. When Mr. Faustain is not present in court, counsel lacks the ability to confer with his client in the cellblock or effectively in open court. While it is counsel's hope that in the future, Mr. Faustain will be available for all purposes, he would request that the court approve counsel's

---

[1] While Mr. Faustain is recognized by the parties as being an extremely competent interpreter, he lacks the certified status of those interpreters who have worked by telephone.

retention of Mr. Faustain for five future interpreting sessions. Hopefully, Mr. Faustain will be available to interpret at court proceedings and be available to counsel before and after such proceedings.

    4. The court's approval of this request will also forestall the need for counsel to approach the court repeatedly and assure Mr. Faustain that he will promptly and fully compensated for his work.

    5. The court has previously ordered that Mr. Faustain be paid at the rate of $369.00 per day and that he receive a full day's compensation for the services he performs. Counsel would request that he be permitted to retain Mr. Faustain on five future occasions and that     In total compensation be approved. Further, he would request that Mr. Faustain be permitted to submit and individual CJA Form No. 21 for each date of service.

    6. Counsel believes that the approval of this request will efficiently and economically permit this matter to proceed to a prompt resolution.

    WHEREFORE, for the foregoing reasons, counsel respectfully requests that the court grant his request and approve compensation in the manner suggested in the attached order.

Respectfully submitted,

_____/s/_____
Edward C. Sussman, No. 174623
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
202 -737-7110

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY THAT a copy of the foregoing was served this 14th day of August, 2007, electronically, on all interested parties.

_____
Edward C. Sussman

Case 1:06-cr-00042-JDB    Document 33    Filed 08/14/2007    Page 4 of 4