UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

      v.                                                    :   CR. NO. 06-42 (JDB)

LESLEY MERISE                              :

O R D E R

The court has before it the request of the defendant pursuant to the Criminal Justice Act, for advance approval of funds for five sessions of translation services at $329.00 per day. The court finds that the defendant has advanced good cause for this request. It is, therefore, this _____ day of August, 2007,

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that the court approves defense counsel's request for preapproval of the services of Evans Faustain as a Creole interpreter in this matter, and that Mr. Faustain be permitted to submit a CJA Form 21 for each session that he provides such services.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE