UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

LESLEY MERISE,

        Defendant.

Criminal Action No. 06-042 (JDB)

### ORDER

Upon consideration of [33] defendant's request pursuant to the Criminal Justice Act for advance approval of funds for interpreting services, including in-court interpretation, at the rate of $364.00 per day, it is hereby

**ORDERED** that the motion is **GRANTED**, with the condition that this authorization be limited to the next three sessions of interpreting services; and it is further

**ORDERED** that defense counsel shall contact Erika Freeman in the Office of the Federal Public Defender at (202) 208-7500 regarding the procedures for the submission of interim, supplemental, and final CJA vouchers seeking payment for interpreter services.

                                          /s/ John D. Bates
                                          JOHN D. BATES
                                    United States District Judge

Date: August 15, 2007