U.S. v. Yves Jean Louis and Ernso Louis, 05-376(JDB)
U.S. v. Lesley Merise and Phito Cajuste, 06-042 (JDB)

ATTACHMENTS

VICTIM IMPACT STATEMENTS **(REDACTED)**:

A.      STATEMENT OF "O.G." (CHILD VICTIM)

B.      STATEMENT OF "DR. C.G." (MOTHER OF VICTIM)

C.      STATEMENT OF "DR. J.G." (FATHER OF VICTIM)

D.      STATEMENT OF "V.J.G." (BROTHER OF VICTIM)

E.      STATEMENT OF "C.J.G." (BROTHER OF VICTIM)

F.      STATEMENT OF "R.P." (ADOPTED OLDER SISTER OF VICTIM)

U.S. v. Yves Jean Louis and Ernso Louis, 05-376(JDB)
U.S. v. Lesley Merise and Phito Cajuste, 06-042 (JDB)

A.    STATEMENT OF "O.G." (CHILD VICTIM)

## CHILD VICTIM IMPACT STATEMENT

**O.G.**

What is your name?

How old are you?    11 y - 0

What grade are you in school?    7th

Who do you live with?

1). What is the most important thing that you think the judge should know about what happenend to you?

2). What do you think and feel about what happened to you? (i.e good, bad, scared, angry, worried, etc.)

3). What do people that you are close to think about what happened to you?

-2-

3. How has this crime affected the way your child relates to his or her friends, either at school or in your neighborhood? Has this crime affected your child's school work in any way? Please use additional paper as necessary.

4. How has this crime affected you, your family and those close to you? You may wish to write about changes that may have occurred in your family, in your ability to perform work, make a living, run a household or enjoy other activities you enjoyed before the crime. You may also wish to include any victim services or counseling that you and those close to your child have received. Please use additional paper as necessary.

5. What is your recommendation for sentencing?   (e.g.; mandatory/minimum; Do you want to be notified about what the sentence is; how it computes to actual time served, when this individual comes up for parole, etc.?)

Your Honor,

My name is      **O.G.**

I am eleven years old.

I am in 7th grade.

I live with my family.

1. - Important thing the judge should…?

I am still having nightmares, I am afraid of strangers and even people that I know. When I see people discussing or any scene connected with violence, I feel uncomfortable. I am afraid of long isolated corridor or Public Park or any spot where I can lose control over the environment chiefly at night. I am trying hard to withdraw those kinds of feelings from myself so far that has not happen yet.

2. – What do you think and feel..?

 All of the above, but good. I felt paroles and I don't feel safe anywhere. Very often I ask, why me? I could have died. It was a miracle. I heard them talking about killing me, disposing of my body parts if my parents don't give the money. I was always afraid of masks. It was very scary, these people had funny voices under their masks. Sometimes I believed I was living with demons. I was really afraid. I prayed a lot. Well, I don't know.

3. – What do people……..?

 I don't know, everybody is kind with me, my mother is very patient.

4. -…. to be involved in investigation?

It was hard, painful. I saw the scene but also I felt the pain in my body. The people doing the investigation were nice. They did their best to make me feel comfortable.

5. - How……change your life, thought…your family?

It is a new beginning for my mother and me. I am going to school. I know that I have to make new friends and try to forget, try to forget. I don't know what to do to remove this story from my memory. It is so persistent. Life will never be the same. It could have been for the better.

6. - Anything? Judge could know...?

My parents are good people they help everybody I cannot explain why these people did that to me.

7. - Anything... abuser to know..?

I am kind of angry because they know me. I never did anything bad to them. They should be very bad in their heart to do something like that. Good people work for their money.

8. - What to do to the abuser...?

I want them in jail for ever. I am afraid of them. I cannot live in fear for the rest of my life.

**O.G.**

10 - 18 - 2007

U.S. v. Yves Jean Louis and Ernso Louis, 05-376(JDB)
U.S. v. Lesley Merise and Phito Cajuste, 06-042 (JDB)

B.      STATEMENT OF "DR. C.G." (MOTHER OF VICTIM)

# VICTIM IMPACT STATEMENT
# FOR PARENTS OF CHILD VICTIMS

**Dr. C.G**

*Name of Parent or Guardian:* _____

*Name of Child:* ___ **O.G.** _____

*Name of Defendant:* (s) __ Yves Jean Louis; Ernso Louis 05-376 (JDB)

*Case Number:* _____ Lesley Merise; Phito Cajuste 06-042 (JDB)

1. **Has your child been emotionally affected by this crime?** If yes, you may wish to discuss how the crime may have affected your child's relationships with you, family members and those close to you. If your child received any form of victim services such as counseling by either a licensed professional, member of the clergy or a community-support group, you may wish to mention this. Please use additional paper as necessary.

2. **Was your child physically injured or hurt as a result of this crime?** If yes, you may wish to write about they type of injuries your child had, what medical treatment your child received, and how long these injuries lasted or are expected to last. Please use additional paper as necessary.

Victim impact statement for Parents and child

1.-Child... emotionally affected...?

 Yes, as a matter of fact  O.G. is withdrawn and impatient. She keeps things from us, and with her siblings, she is different, based on the fact that she is traumatized, they are not in her shoes to understand her. Immediately after her return to the family we hired a psychologist who had many sessions with her at the hospital and at home. We know it is not enough, the trauma has been lingering. She is not the same person anymore. She rarely smiles or laughs. When she witnesses violence, her whole organism became wacky. We saw members of the clergy. We had the support of friends and members of extended family who gave their support and try to make life pleasant to her. Still she has a long way to go.

2.-Physically Injured...

Yes, she had some lacerations while walking in the woods.

3. – Relations...

She has lost the joy of living she is less open, not to say entirely withdrawn she keeps to herself even with us. It seems that school is the only activity that serves as clutches to her these days even though at the beginning she did not want it at all. It is not education per se (as such) that she did not like, it was society as a whole she thought looking at her was aware or her situation and had some thoughts about her. She was ashamed, she covered her face. It took us a long time before she resigned herself to face the world. Now she has a friend (girl) from extracurricular activity for about fifteen days. I am trying to expose her as much as possible to many things so that she can heal.

4. - Crime affected...

This crime affected all aspects of our lives. I have lost my livelihood. I have to start anew. I will have to prepare exams and pass tests. That will cost me time, money, chiefly anguish, and afterwards seek employment. A big chunk of my life will be devoted to the healing of the family and O.G. particularly because she is the most affected among us. All my philanthropic endeavors and prospects are practically vanished. Honestly I feel hampered I do not know what to say. So many emotions...

5. - Recommendation? Sentence?

I, personally, I would recommend the full extent of the law without parole because I continue to live in fear knowing that these people could be on the street willing to avenge themselves for what ever time they spent in jail. I will be attending.

**Dr. C.G**

10-18-2007

# VICTIM IMPACT STATEMENT

**Please complete the following:**

**Your Name:**        _    Dr. C.G

**Defendant's Name:(s)** Yves Jean Louis ; Ernso Louis  05-376 (JDB)

**Case #:**        Lesley Merise , Phito Cajuste 06-042 (JDB)

**Relationship:**        Mother of child victim

**Sentencing Date:**    Dec. 10 + 11, 2007

**To the Honorable**    JOHN D. BATES        : Judge's Name

*If you do not wish to make a statement regarding this offense, please sign and date here and send us this form.*

_____        _____
**Signature**                            **Date**

{You can use this form as a guide or write your statement in letter form to the Judge. Please include the identifying information listed above.  Consider the following:}

How has this crime affected you and those close to you?
{e.g. feelings of anger, rage, blaming self, or family helplessness, vulnerability, fear, paranoia, hopelessness, frustration, loss of trust and faith in the world.}

How has this crime affected your ability to perform your work, make a living, run a household, go to school, or enjoy any other activities you previously performed or enjoyed? {e.g. overreact to situations, overprotective of family members, socially withdrawn, fear of going out in a world that has been proven unsafe.}

If you wish, you may use this space to tell the Judge whatever you would like him/her to know about how it is to be a victim of violent crime; or any other information you would like to share.
{e.g. the stigma of being a victim, media coverage, family reaction, the loss of control.}

**Reactions, feelings toward the criminal justice system:**
{e.g. How the process impacted on you, how you/your family were treated; e.g. victim/witness intervention; information on court proceedings and case status; feeling abandoned by the system, defense attorney's insinuations, how it felt enduring the trial, seeing the offender face to face (plea bargaining).}

**What is your recommendation for sentencing? ( mandatory/maximum):**
{ Do you want to be notified what the sentence is, how it computes to actual time served, when this individual comes up for parole?

Victim Impact Statement of     **Dr. C.G**

Q. - How this crime affected you ....?

Your Honor,

Thank you for the VIS form you sent to me a few days ago. In order to save your time I want to enter the subject right away.

To answer the first question, I should tell you that my feelings and emotions have gone to the whole gamut from astonishment to fear, to rage, each of them at different degrees day and night. In one word at some point I was exasperated. In the listing suggested by your office only self blaming might to a certain extent be negligible, for one of the gangsters was my protégé and had access to my house. My family and I have been benevolent to him for a longtime. For a long while I was loosing valuable things. I refused to believe those losses were the expressions of his malevolence. The police came to my house, they wanted to investigate him and I said I do not think he can do it. Well, his ill will has been working all along. It reached its climax with the kidnapping of my nine year-old daughter O.G.   and the preservation of our relationship while he and his associates were asking two hundred thousands American dollars as ransom for   O.G.

Q How has this crime affected your ability to perform.....?

This crime, my goodness, affected me and my family the very moment it was in the process of being accomplished. The gang entered the house in camouflage, masks on, guns, machetes and plastics ropes in hands. They entered my room, asked me to turn on my belly in silence; they tied my hands and feet and those of my husband. And then they proceeded to what ever they wanted to do. In the very beginning I thought it was a nightmare... When we realized that O.G.  was gone, the hurt was at his zenith. It was a disaster. It is as if I received a heavy blow on my head and remained crippled. Everything is up side down in my life today from every standpoint. . I am a survivor. The way I feel today, it seems that it will take me many years to become half of what I used to be. I am so overwhelmed that at times I see myself on the verge of giving up the struggle for survival. I try to forget, to leave everything in God's hands. But as goes the saying "Help yourself and God will take care of you". I have to keep on, at least for the sake of my children. My big problem I cannot disconnect yet, I cannot detach myself from this horror and all it entails. As the mother I am to carry my own emotional burden and those of the children. I am to understand them and try my best to accommodate their feelings, emotions and frustrations. Economically the loss is immense, socially the wounds are deep. We pray and hope God and His kindness will take care of us.

Q. - What your recommendation for sentence?

Now we are living in a civilized society. We believe that justice will be done, our pain is incommensurable. We are living in fear of retaliation for what ever minimum or average

punishment inflicted on the guilty parties, that we beg you to apply the law to the full
extent of its weight. I wish they get life sentence without parole.

Q. - As for stigma……. Loss of critical

**O.G.**'s case is more or less special. Fortunately she looks physically mildly fair, we do
not know what will be the result of the emotions, stress and obsession that she is enduring
today. She cannot remove that tragedy from her mind. We did not have bad media
coverage or family reaction. However, the feeling of loss of control was so severe that I
could not find any word to describe it. We did not know what to do. Every moment was
lived with the burden of analysis uncertainty, fear and loss of control. I cannot even
describe it. I, as an adult, the way I feel and I am still feeling so many thoughts clashed in
my mind, could not process the whole thing. Now you can imagine the situation of a nine
year-old child after losing the warmth of her family found herself in a shack with
strangers in camouflage wearing masks as if in a horror movie day after day with no hope
but the belief in God, with no food, no water, no light, nothing except the chirping of the
crickets all night long for nine days. When she came to us, she was very dehydrated with
a high grade fever. She was a medical case study and so on. In one word she was a
human booty. This is nothing when we know they were about to kill **O.G.** and
threatening us with invoice of body part to wit a head, a leg, an arm, any limb.

Q. – Reactions

The justice system has done their purposes. Since the inception of the investigation
through the instruction and where we are today, all the agencies brought their
contribution with brilliance. The agents showed compassion, understanding even though
at times doubt (on **O.G.**'s life) entered their minds, but they kept on working till today.
Everybody has been pleasant, supportive. I hope justice will be done.

Financial Impact

As you said the family cannot be compensated for the losses and stress we have incurred
in this crisis. Our earning losses and expenses for two years should go beyond what these
criminals would like to pay us. These terrorists are professional kidnappers, they ask for
hundreds of thousand American dollars per strike. They have the wherewithal to repair a
portion of the damages caused to us, therefore I wish the court could impose its will by
setting an exemplary compensation. They have assets over there.
As for lost income or wages, there are two ways to look at it: either I considered what I
could have made over there with all the positive emotions that pertain to my being there,
or what I could have made here where I am living with all the expenses and what I should
have made. That value could oscillate between one hundred fifty thousand American
dollars and two hundred fifty thousand American dollars a year as head of household.

**Dr. C.G**

**FINANCIAL IMPACT:**

**We know that this extremely stressful period of your life cannot be compensated monetarily, however, you may want the Judge to know what costs you have incurred for restitution purposes. Please provide any documentation/verification of those losses in the form of receipts, cancelled checks, insurance claims, etc. This is separate from the possible compensation you might qualify for with the Crime/Victims Compensation Program, (202) 879-4216.**

A.    **Damaged suffered:**

   1. Value of Property lost or destroyed (list items)..................................... 53,250.00

   2. Hospital, medical expenses................................................................. 35,100.00

   3. Lost income or wages........................................................................ 75,500.00

   4. Miscellaneous expenses..................................................................... 49,650.00

**TOTAL LOSS**.......................................................................................... 214,550.00

B.    **Reimbursement received by collateral private sources:**

   1. Property Insurance (e.g. automobile insurance)...................................... 0

   2. Health Insurance including Medical Aid Programs.................................. 0

   3. Reimbursed Income or Wages............................................................. 0

   4. Other (list source and amount, ie Crime Victims Compensation)............ _____

**TOTAL REIMBURSEMENT**..................................................................... 0

**Dr. C.G**
_____          _____          10-18-2007
**Signature**                                                   **Date**

U.S. v. Yves Jean Louis and Ernso Louis, 05-376(JDB)
U.S. v. Lesley Merise and Phito Cajuste, 06-042 (JDB)

C.    STATEMENT OF "DR. J.G." (FATHER OF VICTIM)

# VICTIM IMPACT STATEMENT
## FOR PARENTS OF CHILD VICTIMS

**Dr. J.G.**

*Name of Parent or Guardian:* _____ _____

**O.G.**

*Name of Child:* _____ _____

*Name of Defendant:* _____

*Case Number:* _____

1. **Has your child been emotionally affected by this crime?** If yes, you may wish to discuss how the crime may have affected your child's relationships with you, family members and those close to you. If your child received any form of victim services such as counseling by either a licensed professional, member of the clergy or a community-support group, you may wish to mention this. Please use additional paper as necessary.

I CAN SEE MY DAUGHTER IS NOT THE SAME. SHE DOESN'T look HAPPY. SHE IS WITHDRANN. IT IS DIFFICULT TO GET A SMILE ON HER FACE. FORTUNATELY THIS HAT NOT AFFECTED TO MUCH HER PERFORMANCE AT SCHOOL. I CAN REMEMBER THE DAYS AFTER HER RELEASE, SHE WAS AFRAID TO FACE THE WORLD, SHE Always COVERED HER FACE. THANKS GOD WE HAD THE SUPPORT OF OUR FAMILY — RELATIVES — FRIEND - PSYCHOLOGIST AND OUR PASTOR.

2. **Was your child physically injured or hurt as a result of this crime?** If yes, you may wish to write about they type of injuries your child had, what medical treatment your child received, and how long these injuries lasted or are expected to last. Please use additional paper as necessary

O.G. HAD TO WALK FOR 6 TO 7 HOURS TO THE PLACE WHERE SHE WAS SUPPOSED TO BE KEPT. SHE SUFFERED SOME lacerations WHILE WALKING IN THE WOODS. SHE FELT PAIN IN HER WHOLE BODY, PARTICULARLY IN HER lEGS AND FEETS.

**Dr. J.G.**

10-20-07

-2-

3. How has this crime affected the way your child relates to his or her friends, either at school or in your neighborhood? Has this crime affected your child's school work in any way? Please use additional paper as necessary.

MY DAUGHTER HAS SPENT THE LAST TWO YEARS WITHOUT FRIEND SHE WAS ASHAMED OF FACING PEOPLE EITHER AT SCHOOL OR IN THE STREETS. EVERY PERSON looks SUSPICIOUS TO HER. FORTUNATELY HER PERFORMANCE AT SCHOOL IS NOT AFFECTED EXCEPT FOR THE MONTHS FOLLOWING THE EVENT. I AM PROUD OF MY DAUGHTER WHO IS TRYNG TO STAY WELL ABOVE THE AVERAGE OF HER CLASS

4. How has this crime affected you, your family and those close to you? You may wish to write about changes that may have occurred in your family, in your ability to perform work make a living, run a household or enjoy other activities you enjoyed before the crime. You may also wish to include any victim services or counseling that you and those close to your child have received. Please use additional paper as necessary.

AS A RESULT OF THIS ODIOUS ACT A LOT OF THINGS HAS CHANGED IN MY live. I STILL CANNOT DISCONNECT. I CANNOT DETACH MY SELF FROM THIS HORROR AND All IT ENTAILS. THE loss IS IMMEN ECONOMICALLY AND THE WOUNDS ARE DEEP SOCIALLY. IT IS HARD FOR ME TO CONCENTRATE ON WHAT I AM DOING. I REMEMBER THIS HORRIFIC EVENT EVERY SECOND - EVERY MINUTE - EVERY HOUR

5. What is your recommendation for sentencing? (e.g.; mandatory/minimum, Do you want to be notified about what the sentence is; how it computes to actual time served, when this individual comes up for parole, etc.?)

I BEG THE HONORABLE JUDGE TO APPLY THE law TO ITS FULL EXTEND. I WISH THEY will GET LIFE SENTENCE WITHOUT PAROLE AND I would like TO BE NOTIFIED ABOUT WHAT THE SENTENCE IS.

Dr. J.G.

10-20-07

# VICTIM IMPACT STATEMENT

**Please complete the following:**

Your Name: _____    Dr. J.G.    _____

Defendant's Name: _____

Case #: _____

Relationship: _____

Sentencing Date: _____

To the Honorable _____ : Judge's Name

*If you do not wish to make a statement regarding this offense, please sign and date here and send us this form.*

_____    _____
*Signature*                          *Date*

{You can use this form as a guide or write your statement in letter form to the Judge. Please include the identifying information listed above. Consider the following:}

How has this crime affected you and those close to you? {e.g. feelings of anger, rage, blaming self, or family helplessness, vulnerability, fear, paranoia, hopelessness, frustration, loss of trust and faith in the world.}

Honorable Judge

It has been more than two years since the entire family was devastated by this horrific event that happened to our daughter. Since then, I have been thinking every day about that. Words like anger, rage come to my mind often. My daughter has never recovered from this penible situation. Sometimes I want to blan myself when I know that one of the kidnapper was my protege who knew the house, the dogs very well.

Dr. J.G.    10-20-07

**Reactions, feelings toward the criminal justice system:**
{e.g. How the process impacted on you, how you/your family were treated; e.g.
victim/witness intervention; information on court proceedings and case status; feeling
abandoned by the system, defense attorney's insinuations, how it felt enduring the trial,
seeing the offender face to face (plea bargaining).}

FROM THE BEGINNING, THE FAMILY TRUSTED THE CAPABILITIES
OF THE JUDICIAL AUTHORITIES TO SOLVE THE PROBLEMS.
THE AGENTS SHOWED COMPASSION. THEY WERE AVAILA
BLE FOR US 24/HOURS. FROM DAY ONE THEY HAD
GATHERED a lot of EVIDENCE. THEY DOUBTED O.G.
WAS alive DURING THEIR INVESTIGATION.

**What is your recommendation for sentencing? ( mandatory/maximum):**
{ Do you want to be notified what the sentence is, how it computes to actual time served,
when this individual comes up for parole?

DEAR JUDGE
THOSE PEOPLE HAVE COMMITTED A CRIME THAT HAS
AFFECTED NOT ONLY THE life OF MY DAUGHTER BUT ALSO
THE life OF THE ENTIRE FAMILY. I BELIEVE JUSTICE
WILL BE DONE BECAUSE WE ARE living IN A CIVILIZED
SOCIETY. I DON'T WANT TO THINK OF RETALIATION.
SO I BEG YOU TO APPLY THE LAW TO THE FULL
EXTEND. I WISH THEY WILL GET LIFE SENTENCE
WITHOUT PAROLE.

**Dr. J.G.**

10-20-07

How has this crime affected your ability to perform your work, make a living, run a
household, go to school, or enjoy any other activities you previously performed or enjoyed?
(e.g. overreact to situations, overprotective of family members, socially withdrawn, fear of
going out in a world that has been proven unsafe.)

THIS CRIME AFFECTED ME AND THE ENTIRE FAMILY THE MOMEN
IT WAS IN THE PROCESS OF BEING COMMITTED. I WAS
SLEEPING DEEPLY WHEN THE GANGSTERS ENTERED MY
ROOM WITH THEIR ARMS (GUNS, MACHETES, PLASTIC ROPS)
THEY TIED MY HANDS, MY FEETS. MY WIFE'S HANDS
AND FEETS. I COULD NOT BELIEVE IT. THEY PUT EVERY
THING UP SIDE DOWN. AFTER 45 MINUTES THEY LEFT
WITH MY DAUGHTER. I STILL FEEL A BIG BLOW UN MY

If you wish, you may use this space to tell the Judge whatever you would like him/her to
know about how it is to be a victim of violent crime; or any other information you would
like to share.
(e.g. the stigma of being a victim, media coverage, family reaction, the loss of control.)

HEAD TWO YEARS AFTER. IT WILL TAKE TO ME, YEARS TO
OVERCOME THIS SITUATION. IT IS A STUGGLE FOR SURVI-
VAL. THE PROBLEM IS, IT IS HARD TO DISCONNECT MY
SELF WITH THIS TRAGEDY. HOWEVER I PRAY GOD EVERY
DAY TO GIVE THE STRENGTH TO LIVE WITH MY CHILDREN
ECONOMICALLY THE LOSS IS IMMENSE. AND SOCIALLY THE
WOUNDS ARE DEEP.

Dr. J.G.

10-20-07

After two years you may think that my daughter had forgotten what happened. This is not the case. She is hiding her feelings. It is hard to remove this tragedy from her mind. We did not have media coverage, however the feelings of loss control was so severe that I could not find any word to describe it. We did not know what do. Every moment was lived with the burden of analysis uncertainty, fear and loss of control. I cannot describe it. I, As an adult and the father of ( O.G. . I feel and I am still feeling so many thougths clashed in my mind, could not process the whole thing. Now you can imagine the situation of a nine year old child after losing the warmth of her family, found her self in a shark with strangers in camouflage wearing masks as if in a horror movie day after day with no hope. But the belief in God with no food, no water, no light, nothing except the chirping of the crickets all night long for nine days. When she came to us, she was

VERY DEHYDRATED WITH A HIGH GRADE FEVER. SHE WAS

VOMITING AND HER KIDNEY FUNCTION TEST WAS ELEVATED

THIS IS NOTHING WHEN WE KNOW THEY WERE ABOUT TO

KILL     O.G. AND THREATENING US WITH INVOICE OF BODY

PART TO WIT A HEAD, A LEG, AN ARM, ANY LIMB

Dr. J.G.

10-20-07

**FINANCIAL IMPACT:**

We know that this extremely stressful period of your life cannot be compensated monetarily, however, you may want the Judge to know what costs you have incurred for restitution purposes. Please provide any documentation/verification of those losses in the form of receipts, cancelled checks, insurance claims, etc. This is separate from the possible compensation you might qualify for with the Crime/Victims Compensation Program, (202) 879-4216.

A.    **Damage suffered:**

    1. Value of Property lost or destroyed (list items)..................................._____

    2. Hospital, medical expenses..............................................................._____

    3. Lost income or wages................................................................. 35250.00

    4. Miscellaneous expenses............................................................. 10750.00

**TOTAL LOSS**.......................................................................... 46000.00

B.    **Reimbursement received by collateral private sources:**

    1. Property Insurance (e.g. automobile insurance)....................................... 0

    2. Health Insurance including Medical Aid Programs................................... 0

    3. Reimbursed Income or Wages........................................................ 0

    4. Other (list source and amount, ie Crime Victims Compensation)............ 0

**TOTAL REIMBURSEMENT**........................................................... 0

_____    Dr. J.G..                        10-20-07
**Signature**                              **Date**

-2-

3. How has this crime affected the way your child relates to his or her friends, either at school or in your neighborhood? Has this crime affected your child's school work in any way? Please use additional paper as necessary.

4. How has this crime affected you, your family and those close to you? You may wish to write about changes that may have occurred in your family, in your ability to perform work, make a living, run a household or enjoy other activities you enjoyed before the crime. You may also wish to include any victim services or counseling that you and those close to your child have received. Please use additional paper as necessary.

5. What is your recommendation for sentencing? (e.g.; mandatory/minimum; Do you want to be notified about what the sentence is; how it computes to actual time served, when this individual comes up for parole, etc.?)

U.S. v. Yves Jean Louis and Ernso Louis, 05-376(JDB)
U.S. v. Lesley Merise and Phito Cajuste, 06-042 (JDB)

D.      STATEMENT OF "V.J.G." (BROTHER OF VICTIM)

Your Honor,

I always know that we are living in a dangerous world. There are terrorists almost
everywhere today. I never thought that my family would be a target. When I woke up
during the night and saw the muddy foot prints on the floor leading to my parents' room,
I knew something very dangerous had happened. I felt helpless. When I heard my mother
in a muffled voice asking me not to talk, and come to help, I felt somehow relieved
knowing that she was alive. When I entered the room, I found both parents shackled. I
freed them, they were happy to see me. When we went for the other kids, my little sister,
O.G. was missing. It was terrible.

The feelings were powerful positively and negatively. I personally felt powerless it is as
if I failed to protect the others. I did not know what to do. I saw the futility of all the
protection settings that we had on the property, in the house including the dogs. We were
more vulnerable that we thought. I was angry but I could not blame anybody when I
understand it was an insider job.

I am a student. For months immediately after the event my grades went from A+ to C. I
could not sleep. I could not concentrate. Life appeared so fragile. O.G. was like a
"zombie" totally different. I was not interested in anything at all. I became more
protective of my younger siblings and left the bigger burden to my parents. I am still
under their spell. I am socially withdrawn. It might be this way for a long while. I don't
know for some people it may be a badge for having survived it; to me the whole thing
was not necessary. It is horrible. It happened to me to have a few nightmares even though
I was not bodily involved. I have seen the pain of the family, I have seen the economical
consequences, I have seen the anguish of the elders. I felt it in my bones. I am still
suffering from it. There was not much media coverage in the beginning because that was
a strategy chosen by my mother. Later on the tragedy became a great event, people
showed their sympathy and I was angry with the whole world.

I don't know much about the justice system; it is in my parents domain I never heard my
mother complaining about it. I hope justice will be served.

Personally I don't really need to be notified of the sentence. However, I feel that it is
totally just that these terrorists be hurt in their pocket book for the calamity the inflected
upon us. My mother remains unemployed since the occurrence of the event, besides that,
she has to cope with the convalescence of O.G. convalescence that can last for years..
All our lives have been modified. This tragedy will stay in our psyche until we die and
maybe our grandchildren will know about it. These scoundrels should be given the
maximum sentence foreseen by the law,

.I wish their estate and their family be condemned to pay more then what they asked in
one word put them in a position where they cannot hurt us anymore. They should
apologize.

   V.J.G.


10-18-2007

U.S. v. Yves Jean Louis and Ernso Louis, 05-376(JDB)
U.S. v. Lesley Merise and Phito Cajuste, 06-042 (JDB)

E.    STATEMENT OF "C.J.G." (BROTHER OF VICTIM)

Your Honor,

I am very happy to have the opportunity to place a wee word in this matter. It is a
nightmare that remains an obsession. I remember the fear, the helplessness of my parents.
This year has added more stress to what they had before with my cancer. I am trying to
escape from the nightmarish situation that I have lived with them for so many days.
 **O.G.**, my little sister, is very closed to me. Anything that is related to her touches me
directly. I suffered a lot when the days were passing by without bringing any news on the
development of the case.

When a parent has a son sent to war, they know that he is facing danger, that he has a
certain age, he can face some responsibility; but when one has a child, a brother, a sister,
any member of the family taken from their bed in their by criminals asking for ransom,
ransom that is not readily available, the problem is big and the pain is severe. Thanks be
to God my parents did not tell me about the body parts blackmail. These terrorists were
waving over their head. We knew that we were dealing with barbarians as it were, a
better word for me would be desperados the smallest fit of anxiety or panic on their part
would be a death warrant. I wonder how they handled the situation until I saw my baby
sister in flesh and bone. You have to be there to understand it. We are living in the world
where crime is trivialized. We all have to realize that each case touches many people,
each one of these in a different way. I stopped playing my guitar. I could not even eat.
My whole life was at a stop. I breathed with difficulties as they say I slept like a baby
meaning every so often during the night, I woke up soaked into sweat, and cried; even
now I continue to have nightmare. I don't feel safe anywhere. After the police arrested
these bandits, their friends came to threaten **R.P.** . My mother had to remove her from
that environment the same way she did for me after this tragedy. These people did hurt us
a lot. I leave them in the hand of justice and God. May the Almighty have mercy on their
souls.

    **C.J.G.**

                10-18-2007

U.S. v. Yves Jean Louis and Ernso Louis, 05-376(JDB)
U.S. v. Lesley Merise and Phito Cajuste, 06-042 (JDB)

F.    STATEMENT OF "R.P." (ADOPTED OLDER SISTER OF VICTIM)

Your Honor,

I assisted my parents during all the trials and tribulations during that painful moment. Myself, I was threatened by some relatives of one the criminals, to the point that my mother had to make me leave the environment. I am somehow glad to see that **O.G.** is making some progress. There is hope that some day she may be wholesome again. We are all praying for that. As for the pitiless perpetrators of the crime, may the Almighty have mercy on them.

I was so naïve, in fact I could not in one thousand existences think of what one of them had in mind when often a few weeks earlier he asked me about my parents having weapons in the house where those weapons are located, about the dogs randomly roaming in the yard and chiefly the strongest one. They were working on their plan. In fact we were lucky. God intervened to destroyed their diabolical enterprise.

**R.P.**

10 - 18 - 2007