HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: <u>06-042-01</u> |
|---|---|---|
| vs. | : | SSN: <u>N/A</u> |
| | : | |
| MERISE, Leslie | : | Disclosure Date: <u>October 29, 2007</u> |

**FILED**
**DEC 1 0 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

(✓)    There are no material/factual inaccuracies therein.

(  )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          __11/5/07__
Prosecuting Attorney                                      Date

### For the Defendant

(CHECK APPROPRIATE BOX)

(  )    There are no material/factual inaccuracies therein.

(  )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____          _____  _____
Defendant              Date                      Defense Counsel       Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **November 12, 2007**, to U.S. Probation Officer **Kelli Cave**, telephone number **(202) 565-1357**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT
By: Gennine A. Hagar, Chief
United States Probation Officer

Please amend paragraph 21 to reflect the fact that victim impact statements have since been received.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 11/7/07